IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA FLETCHER, individually and on behalf of herself and others similarly situated, ) ) ) ) ) Plaintiff, ) ) vs ) ) HOUSEHOLD FINANCE ) CORPORATION OF ALABAMA, ) ) Defendant. ) | CIVIL ACTION NO. 96-G-3098-S |

## MEMORANDUM OF OPINION

On May 21, 1997, the magistrate judge entered a report and recommendation in which it was recommended that this action be remanded to the Circuit Court of Jefferson County, Alabama. No objections have been filed by either party. The court accepts and adopts the findings and conclusions stated in the report and recommendation.

Wherefore, the plaintiffs' motion to remand is due to be granted. An appropriate order will be entered.

DONE this 14th day of July, 1997.

J. FOY GUIN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

26